UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| AMER R.H. ABU-RUB, OLA T.A. ABU AL RUB, Individually and as the Natural Guardians of Infants MOHAMMAD AMER AHMAD ABUALRUB and FARES AMER AHMAD ABUALRUB, Heirs of AHMAD AMER AHMAD ABUALRUB, Deceased, | Civil Action No. 07-07888 (JGK) (KNF) |
| Plaintiff, | **STATEMENT PURSUANT TO FED.R.CIV.P.7.1** |
| - against - | |
| JORDANIAN AIRLINES, INC., | |
| Defendant. | |

------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant ALIA-ROYAL JORDANIAN AIRLINES PLC certifies that the following are parent corporations and any publicly held corporation that owns more than 10% of stock of ALIA-ROYAL JORDANIAN AIRLINES PLC:

    None

Dated:    New York, New York
             October 22, 2007

                                  CONDON & FORSYTH LLP

                                  By_____
                                    Michael J. Holland MH 8329
                                    A Partner of the Firm
                                    Attorneys for Defendant
                                    7 Times Square
                                    New York, New York  10036
                                    (212) 490-9100