UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Abu - Rub_

                                    Plaintiff(s),

- against -

_Jo Damian Airlines_

                                    Defendant(s).

```
USD  SDNY
DOC  MENT
ELE TRONICALLY FILE
DOC #
DAT  FILED:
```

0 7  Ci    7888    (JGK)

**CIVIL SCHEDULING ORDER**

**JOHN G. KOELTL, District Judge:**

Pursuant to Fed. R. Civ. P. 16(b), after holding a conference in th  matter on _10/1 /c_ ,
the Court hereby orders that:

**Pleadings and Parties:** Except for good cause shown:
1. No additional parties may be joined or cause of action asserted after _2/8/08_.
2. No additional defenses may be asserted after _2/22/c 8_

**Discovery:** Except for good cause shown, all discovery shall be commenced in time to be
completed by _9/26/08_ . The Court expects discovery to be completed within 60 days of
the first scheduling conference unless, after the expiration of that 60 day period, all counsel stipulate
that additional time (not to exceed 60 more days) is needed to complete discovery. The expert
disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made at least 30 days before the completion
of discovery.

**Dispositive Motions:**[*]  Dispositive motions, if any, are to be completed by _10/24/0_ .
The parties are advised to comply with the Court's Individual Practice 2(B) regarding motions, and
to submit one fully briefed set of courtesy copies to the Court.

**Pretrial Order/Motions in Limine:**[*]  A joint pretrial order, together with any motions in
limine or motions to bifurcate, shall be submitted by _11/14/08_ The pretrial order shall conform
to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk.

---

[*]  Note: In the event a **dispositive motion** is made, the dates for submitting the **Joint Pretrial Order** (together with
Memoranda of Law, Requests to Charge, Proposed Voir Dire, Proposed Findings of Fact and Conclusions of Law, as
appropriate) shall be changed from that shown above to **three (3) weeks from the decision** on the motion. The ready
trial date shall be adjourned to a date **four (4) weeks after the decision** on the dispositive motion. The final pretrial
conference, if any, will be scheduled by the Deputy Clerk.
    At any time **after the ready for trial date**, counsel must notify the Court and their adversaries in writing of any
potential scheduling conflicts, including, but not limited to, trials and vacations, that would prevent a trial at a particular
time. Such notice must come **before** counsel are notified by the Court of an **actual trial** date and not after. Counsel
should notify the Court and all other counsel in writing, at the earliest possible time of any particular scheduling
problems involving out-of-town witnesses or other exigencies.

**Trial:** *   The parties shall be ready for trial on __48__ hours notice on or after __11/08/ 8__
The estimated trial time is __7__ days, and this a jury __·__ /non-jury __'_' __ trial.

### Other:

_____   The case is referred to the Magistrate Judge for purposes of settlement (see attached Reference Order).

___✓___   The parties will notify the Court by __1/18/ 08__ whether a reference to the Magistrate Judge would be useful for purposes of settlement and whether they consent to trial before the Magistrate Judge.  The parties may communicate with the Court with respect to these matters by joint letter.  If the parties consent to trial before the Magistrate Judge, they are directed to do so by stipulation.

**SO ORDERED.**

**Dated: New York, New York**
__12/12/07__

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE